```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LINKCO, INC., a Delaware Corporation

                         Plaintiff,

-against-

NAOYUKI AKIKUSA, an individual, and
FUJITSU LIMITED, a Japanese corporation

                        Defendants.
------------------------------------------------------------X

08-CV-8770 (SAS)

~~PROPOSED~~ **ORDER DIRECTING FILING OF SECOND AMENDED COMPLAINT IN PAPER FORM**

WHEREAS, plaintiff seeks leave to file the Second Amended Complaint in paper form only because it is impractical to electronically file the voluminous exhibits; it is

ORDERED that the Clerk is directed to accept a hard copy of the Second Amended Complaint, with exhibits, and to enter it onto the docket as the Second Amended Complaint with Exhibits, and it is further

ORDERED, that the requirement for electronic filing is waived as to this Second Amended Complaint.

Dated: New York, New York
       January 13, 2009

SO ORDERED:

_____   1/15/09
SHIRA A. SCHEINDLIN, U.S.D.J.

CH1 4527128v.3

4817-7218-4323.1